UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT COURT OF NEW YORK

_____

Allen Jeffrey Satz

        Plaintiff,                                    **Civil Action**

v.                                                                         **Complaint and Demand**

                                                    **for Jury Trial**

Organization for the Resolution of Agunot Inc.,

Defendant

_____

## INTRODUCTION

1. Plaintiff Pro Se, Allen Jeffrey Satz, brings this action against Organization for the Resolution of Agunot Inc, otherwise known as "ORA" for defamation and false light.

## JURISDICTION AND VENUE

2. Plaintiff brings this suit pursuant to 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, which is diversity jurisdiction.

3. Venue is proper pursuant to 28 U.S.C. § 1391(b)(1) and (2).

## PARTIES

4. Plaintiff, Allen Jeffrey Satz resides at 113 Cameron rd Bergenfield nj 07621 and email address is ajs@zoneshopstore.com.

5.     Defendant Organization for the Resolution of Agunot Inc. does business at 551 W 181ST ST STE 123, New York NY 10033-5002.

### STATEMENT OF CLAIM

6.     The incident that gives rise to this action originated on the world wide web and were published, upon information and belief, from the headquarters of ORA which is located in this District.

### FACTS

7.     On or about December 28, 2022, ORA published a picture of me on their website along with a PDF document signed by three "rabbis" requesting from the public to engage in a campaign of harassment against me.

8.     The document specifically states "anything that is not a criminal offense, according to the law of the land, may be done in order to cause him to comply and come to din, whether by chavi satz herself or by kind individuals willing to volunteer to do kindness to assist her."

9.     In a different section in said document, it requests that law abiding Jews should engage in a campaign of public humiliation against me and publicize my alleged "scandalous behavior."

10.    The webpage address is https://www.getora.org/ari-satz

11.    As seen in the link itself, my Jewish name Ari is used and my last name is there as well.

12. Additionally, my picture is placed on this webpage along with a description that get refusal is domestic abuse. The flyer additionally requests "please help us convince Ari to unchain Chavi."

### FIRST CAUSE OF ACTION- DEFAMATION

13. Plaintiff repeats, reiterates, and incorporates the allegations contained in paragraphs numbered "1" through "12" herein with the same force and effect as if the same were set forth at length herein.

14. To state a cause of action alleging defamation, a plaintiff must allege that the defendant published a false statement, without privilege or authorization, to a third party, constituting fault as judged by, at a minimum, a negligence standard, and it must either cause special harm or constitute defamation per se. Defamation is defined as the making of a false statement which tends to expose the plaintiff to public contempt, ridicule, aversion or disgrace, or induce an evil opinion of him in the minds of right-thinking persons, and to deprive him of their friendly intercourse in society.

15. According to case law in this District Court, only four types of statements are per se actionable under New York law: statements that impute unchastity to a woman; that assert the plaintiff has a loathsome disease; that tend to injure the plaintiff in his profession; or that charge the plaintiff with a serious crime. See *SWEIGERT v. Goodman*, Dist. Court, SD New York 2022.

16. The statement of fact accusing me of domestic abuse, are false and defamation per se. I have never been convicted of said crimes, which carry prison term sentences and other criminal and civil punishments. Moreover, abusive behavior towards a romantic partner, besides

for criminal penalties, has been utilized as a basis for the Appellate Division Grievance Committee to disbar an attorney. (See *Matter of Schneiderman* 2021 NY Slip Op 02497).

17. As this Court is aware from the widespread exposure of the Jonny Depp and Amber Heard defamation lawsuit, falsely accusing someone of domestic abuse is defamation.

18. Although the statement accusing me of abuse mentions the words Get refusal, said words do not require this Court to get involved in religious interpretation of Jewish law.

19. A Get is a Jewish Divorce document.

20. The fact that the statement accuses me of domestic abuse is itself sufficient to sue for defamation. It is inconsequential that the statement mentions the words Get refusal because the general reader understands that I am being accused of domestic abuse and does not need to understand what get refusal is to understand that I am being accused of domestic abuse.

21. Ora's false statements about me have directly and proximately caused me to suffer various ailments, including but not limited to PTSD, trauma, anxiety, nightmares, flashbacks, hypervigilance, inability to do daily chores around the home, panic attacks, and fear.

22. I suffer and will continue to suffer from these ailments which require constant and ongoing medical treatment.

## SECOND CAUSE OF ACTION- FALSE LIGHT

23. Plaintiff repeats, reiterates, and incorporates the allegations contained in paragraphs numbered "1" through "22" herein with the same force and effect as if the same were set forth at length herein.

24. The elements of false light are identical to defamation.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Pro Se Allen Jeffrey Satz requests that the Court enter an Order, adjudge, and decree in favor of Plaintiff for:

A.     An award of Compensatory and Punitive damages to the Plaintiff in an amount to be determined at trial but not less than $5,000,000 with the Court adjudicating the amount to be attributed to each Defendant.

B.     A permanent injunction enjoining the Defendant from defaming me under a penalty that this Court deems just, fair and proper.

C.     An award of treble as well as punitive damages due to Defendants' actions as willful, wanton, and malicious in any amount to be determined at trial;

X.     **PLAINTIFF'S CERTIFICATION AND WARNINGS**

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11. I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case. Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: January 2, 2023

/s/ Allen Jeffrey Satz

Plaintiff Allen Jeffrey Satz

Allen Jeffrey satz
113 Cameron rd
Bergenfield nj 07621
8455216668


Email address: ajs@zoneshopstore.com