UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLEN JEFFREY SATZ,

                 Plaintiff,

-against-

ORGANIZATION FOR THE
RESOLUTION OF AGUNOT INC.,

                 Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2023

23-cv-36 (MVK)

ORDER OF SERVICE

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the fees to commence this action. The Clerk of Court is directed to issue a summons as to Defendant Organization for the Resolution of Agunot Inc. Plaintiff is directed to serve the summons and complaint on Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated:   January 27, 2023
           New York, New York

                                          *Mary Kay Vyskocil*
                                          MARY KAY VYSKOCIL
                                          United States District Judge