# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

ALLEN JEFFREY SATZ,,

                Plaintiff,

  -against-                                     23 **CIVIL** 00036 (MKV)

## **JUDGMENT**

ORGANIZATION FOR THE RESOLUTION OF
AGUNOT INC., AVRAHAM KAHAN, YISROEL
ISAACS and RABBI DOVID BARTFELD,

                Defendant.

------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 28, 2024, ORA's motion to dismiss [ECF No. 14] is GRANTED. As noted above, Plaintiff previously dismissed his claims against the Individual Defendants [ECF Nos. 21, 22]. Accordingly, the case is closed.

**Dated:** New York, New York

      March 29, 2024

                                                **RUBY J. KRAJICK**
                                                 **Clerk of Court**

                           **BY:**

                                                    **Deputy Clerk**